# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ADAM LANE, ADC #155843**                                                        **PLAINTIFF**

**v.**                        **4:20CV01067-BRW-JTK**

**WILLIAM STROUGHN, et al.**                                             **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendants Payne, Jackson, Lane, Barden, and Randle are DISMISSED without prejudice.

Plaintiff's monetary claims against all Defendants in their official capacities are DISMISSED.

IT IS SO ORDERED this 1st day of October, 2020.

                                                 Billy Roy Wilson_____
                                                 UNITED STATES DISTRICT JUDGE