# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ADAM LANE,
ADC #155843                                                                                    PLAINTIFF

4:20CV01067-BRW-JTK

WILLIAM STRAUGHN, et al.                                                            DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   There have been no objections.   After a review of those proposed findings and recommendations, the Court adopts them in their entirety.   Accordingly,

Accordingly, Defendants' Motion for Partial Summary Judgment on the issue of exhaustion (Doc. No. 37) is GRANTED.

Plaintiff's claims are limited to the March 26, 2020 and April 9, 2020 encounters with Bennett, and the April 21, 2020 encounter with Kerstein, and do not include allegations relating to COVID and syphilis.

Defendant Rechcigl is DISMISSED without prejudice, for failure to exhaust.

IT IS SO ORDERED this 29th day of March, 2021.


                                               Billy Roy Wilson_____
                                               UNITED STATES DISTRICT JUDGE