# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ADAM LANE,**                                                                                          **PLAINTIFF**
**ADC #155843**

**VS.**                                 **4:20-CV-01067-BRW-JTK**

**WILLIAM STRAUGHN,** *et al.*                                               **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. The Motion for Summary Judgment filed by Defendants Bennett and Kerstein (Doc. No. 57) is GRANTED;

2. The Motion for Summary Judgment filed by Defendants Branch, Lay, and Straughn (Doc. No. 54) is GRANTED; and

3. Plaintiff's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 10th day of November, 2021.

                                                          Billy Roy Wilson
                                                          UNITED STATES DISTRICT JUDGE