# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ADAM LANE,**                                                                    **PLAINTIFF**
**ADC #155843**

**VS.**                          **4:20-CV-01067-BRW-JTK**

**WILLIAM STRAUGHN,** *et al.*                                  **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 10th day of November, 2021.

                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE